**Kramer Levin**

**Paul H. Schoeman**
Partner
T 212-715-9264
F 212-715-8064
PSchoeman@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

November 28, 2017

**VIA ECF**

The Honorable Louis L. Stanton
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *SEC v. William T. Walters, et al.*, No. 16 Civ. 3722 (LLS)

Dear Judge Stanton:

      We represent defendant William T. Walters in the above-referenced action. On behalf of all parties, we write to provide the Court with a status report and to request that the Court extend the temporary stay of all proceedings in this case from November 30, 2017 to January 8, 2018.

      This is the second request by the parties for an adjournment of the dates set forth in the September 16, 2016 Scheduling Order, (ECF No. 66). The parties made their first joint request for a stay on August 8, 2017, (ECF No. 74) shortly before discovery was scheduled to end. At the time, the parties were awaiting Judge Castel's rulings on the amounts of forfeiture and restitution Mr. Walters would be required to pay following his conviction in the related criminal action, *United States v. Walters*, No. 16 Cr. 338 (PKC). This Court granted the parties' request on August 15, 2017, (ECF No. 75).

      Judge Castel issued a forfeiture order on September 19, 2017 (*Walters*, No. 16 Cr. 338, ECF Nos. 221, 223) and a restitution order on October 19, 2017 (*Walters*, No. 16 Cr. 338, ECF No. 235). Following Judge Castel's orders, the parties have conferred and are engaged in ongoing discussions. The parties believe it would be productive to continue those discussions. Accordingly, the parties respectfully request a continued stay of all proceedings in this case until January 8, 2018.

Respectfully submitted,

*/s/ Paul Schoeman*

Paul H. Schoeman

cc:   All counsel of record (by ECF)