**MEMO ENDORSED**



| Kramer Levin | Paul H. Schoeman<br>Partner<br>T 212-715-9264<br>F 212-715-8064<br>PSchoeman@KRAMERLEVIN.com | 1177 Avenue of the Americas<br>New York, NY 10036<br>T 212.715.9100<br>F 212.715.8000 |

January 3, 2018

**VIA ECF**

The Honorable Louis L. Stanton
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1\5\18

Re: *SEC v. William T. Walters, et al.*, No. 16 Civ. 3722 (LLS)

Dear Judge Stanton:

We represent defendant William T. Walters in the above-referenced action. On behalf of all parties, we write to provide the Court with a status report and to request that the Court extend the temporary stay of all proceedings in this case from January 8, 2018 to March 5, 2018.

This is the third request by the parties for an adjournment of the dates set forth in the September 16, 2016 Scheduling Order, (ECF No. 66). The parties made their first joint request for a stay on August 8, 2017, (ECF No. 74), shortly before discovery was scheduled to end. At the time, the parties were awaiting Judge Castel's rulings on the amounts of forfeiture and restitution Mr. Walters would be required to pay following his conviction in the related criminal action, *United States v. Walters*, No. 16 Cr. 338 (PKC). This Court granted the parties' request on August 15, 2017, (ECF No. 75).

Following Judge Castel's rulings on forfeiture and restitution in September and October (*see Walters*, No. 16 Cr. 338, ECF Nos. 221, 223, 235) the parties conferred and in the interest of ongoing discussions made a second request to this Court to stay the proceedings from November 30, 2017 to January 8, 2018, (ECF No. 77). This Court granted the parties' request on November 28, 2017, (ECF No. 78).

The parties have now reached an agreement in principle to settle the case and therefore respectfully request a continued stay of all proceedings for an additional eight weeks, until March 5, 2018, in order for counsel for Plaintiff Securities and Exchange Commission to seek Commission approval of the settlement and to finalize the settlement papers.

Respectfully submitted,

*/s/ Paul Schoeman*
Paul H. Schoeman

So Ordered.

Louis L. Stanton
1\5\18

cc: All counsel of record (by ECF)

KRAMER LEVIN NAFTALIS & FRANKEL LLP

KL3 3151666.1