**Kramer Levin**

**Paul H. Schoeman**
Partner
T 212-715-9264
F 212-715-8064
PSchoeman@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

February 27, 2018

**VIA ECF**

The Honorable Louis L. Stanton
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *SEC v. William T. Walters, et al.*, No. 16 Civ. 3722 (LLS)

Dear Judge Stanton:

      We represent defendant William T. Walters in the above-referenced action. On behalf of all parties, we write to request that the Court extend the temporary stay of all proceedings in this case from March 5, 2018 to April 27, 2018, to permit the parties to complete the steps necessary for a settlement of this matter.

      This Court granted the parties' initial request for a stay on August 15, 2017, (ECF No. 75), following Mr. Walters' conviction in the related criminal action, *United States v. Walters*, No. 16 Cr. 338 (PKC). The stay was extended by the Court on November 28, 2017, (ECF No. 78), and on January 5, 2018, (ECF No. 80). During this time, the parties reached an agreement in principle to settle the case.

      The parties now jointly request an additional extension to April 27, 2018, to finalize the settlement papers and permit counsel for Plaintiff Securities and Exchange Commission to seek Commission approval of the settlement.

Respectfully submitted,

*/s/ Paul H. Schoeman*
Paul H. Schoeman

cc:    All counsel of record (by ECF)