ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

   -against-

WILLIAM T. WALTERS and THOMAS C. DAVIS,

              Defendants,

   -and-

THE WALTERS GROUP, NATURE
DEVELOPMENT B.V., and PHILIP A. MICKELSON,

              Relief Defendants.
------------------------------------------------------------x

16 Civ. 3722 (LLS)

## STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST RELIEF DEFENDANT THE WALTERS GROUP PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by plaintiff Securities and Exchange Commission (the "Commission") and relief defendant The Walters Group, through their respective undersigned counsel, that all claims alleged by the Commission against The Walters Group in this action are hereby voluntarily dismissed in their entirety, with prejudice, and without costs or fees to any party.

Dated: New York, NY
       April _19_, 2018

By: _____

Preethi Krishnamurthy
Alexander M. Vasilescu
William J Martin
SECURITIES AND EXCHANGE
COMMISSION
New York Regional Office
Brookfield Place

**SO ORDERED:**

_Louis L. Stanton_
U.S.D.J.

4/20/18

200 Vesey Street, Suite 400
New York, NY 10281
Phone: (212) 336-0116 (Krishnamurthy)
Facsimile: (212) 336-1322

Victor W. Hong (*pro hac vice*)
San Francisco Regional Office
44 Montgomery Street
San Francisco, CA 94104
Phone: (415) 705-2500
Facsimile: (415) 705-2501
*Counsel to Plaintiff*
*Securities and Exchange Commission*

Dated: New York, NY
      April ___, 2018

By: _____

Barry H. Berke
Paul H. Schoeman
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Phone: (212) 715-9264
Facsimile: (212) 719-8000
*Counsel to Defendant William T. Walters*

Dated: New York, NY
      April 17, 2018

By: _____

Christopher Clark
Benjamin Naftalis
Thomas Giblin
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Phone: (212) 906-1200
Facsimile: (212) 751-4864
*Counsel to Defendant Thomas C. Davis*

3

Dated: Los Angeles, CA
April 19, 2018

By: _____
James L. Sanders (*pro hac vice*)
Francisca M. Mok (*pro hac vice*)
REED SMITH LLP
1901 Avenue of The Stars, Suite 700
Los Angeles, CA 90067
Phone: (310) 734-5200
Facsimile: (310) 734-5299

Jennifer L. Achilles
599 Lexington Avenue
New York, NY 10022
Phone: (212) 521-5412
Facsimile: (212) 521-5450
*Counsel to Relief Defendants The Walters Group and Nature Development B.V.*

4